# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. WOOD, )<br>        Defendant, )<br>)<br>and )<br>)<br>AME INC., )<br>        Garnishee. ) | CASE NO. 1:00CV22<br>(Financial Litigation Unit) |

## ORDER OF CONTINUING GARNISHMENT

The United States obtained a judgment against the Defendant, Michael J. Wood, ("Wood"), on August 21, 2000, in the amount of $5,530.30 plus interest and costs. Subsequently, the United States sought to garnish Wood's wages. On October 18, 2006, the Court entered a Writ of Continuing Garnishment ("Writ") to Garnishee, AME, Inc., ("garnishee"). The United States is entitled to a wage garnishment of up to 25% of Wood's net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

On November 21, 2006, Kim J. Wood, a person of suitable age and description residing in the defendant's usual place of abode accepted service of the writ of

garnishment for Wood, and no answer has been filed by defendant Wood.

The garnishee was served with the writ of garnishment on or about October 26, 2006. The garnishee filed an Answer on November 16, 2006, stating that at the time of the service of the Writ the garnishee had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

**ORDER**

**IT IS THEREFORE ORDERED** that an Order of Continuing Garnishment is hereby ENTERED in the amount of $8,007.57 computed through August 18, 2006. The garnishee will pay the United States up to 25% of Wood's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments, and the garnishee will continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Wood's or until further Order of this court.

Payments should be made payable to the <u>United States Department of Justice</u> and mailed to the <u>United States Attorney's Office, 227 West Trade Street, Suite 1650, Charlotte, North Carolina 28202.</u> In order to ensure that each payment is credited properly, the following should be included on each check: Court Number 1:00CV22.

The plaintiff will submit this debt to the Treasury for inclusion in the Treasury

Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Signed: December 21, 2006

Dennis L. Howell
United States Magistrate Judge