IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW1:00CV22 |
| | ) | (Financial Litigation Unit) |
| MICHAEL J. WOOD, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| AME INC., | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against the defendant Michael J. Wood is DISMISSED.

Signed: May 6, 2011

_____
Dennis L. Howell
United States Magistrate Judge